# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

TEL: 212-965-9370  FAX: 212-965-9375
www.glenngarber.com

August 22, 2022

**Filed by ECF**
Honorable J. Paul Oetken
U.S. District Judge
Southern District of New York
U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    United States v. Andre Gomes
              Dkt. No.: 21Cr313 (JPO)

Dear Judge Oetken:

I write to provide an update regarding Mr. Gomes medication and other issues discussed at the August 8, 2022 telephonic conference.

Mr. Gomes was receiving mental health and drug treatment through Tricenter, a provider that contracts with Pre-trial Services. For mental health, he is seeing a therapist once a week, and on the drug side he was being prescribed Adderall for ADHD and was in group counseling. To control the negative effects of Adderall he was smoking marijuana medicinally. As you may recall, Mr. Gomes works as an ecellular technician for Empire Engineering Services, and has a temporary placement in Richardson, Texas, near Dallas. He relocated because Empire was only able to offer parttime work for him in the New York area but fulltime work in Texas.

Shortly after the August 8th conference, I was informed that Tricenter was terminating Mr. Gomes from the program. At my request, they agreed to maintain the mental health treatment portion. It is uncertain if they will continue to prescribe Adderall, but if not, Mr. Gomes will seek treatment for ADHD with his private physician in New York. As to marijuana, Pretrial suggested that I investigate legal medical marijuana. Unfortunately, Texas does not offer medical marijuana for non-Texas residents and will not honor marijuana prescriptions from other states. Consequently, Mr. Gomes is seeking alternative medications with his private physician.

We hope to give a further update at the upcoming August 30, 2022, in-person conference, when we also plan to request that Mr. Gomes be permitted to remain in Texas until December to complete the current project for Empire.

Thank you for your consideration.

Respectfully

*[signature]*

Glenn A. Garber

cc: PTSO Karina Chin-Vilefort and Dennis Khilkevich
     AUSAs Rebecca Dell and Robert Sobelman