UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 21-CR-313-3 (JPO) |
| ANDRE GOMES, | ORDER |
| Defendant. | |

J. Paul Oetken, District Judge:

A bail hearing having been held and upon consent of the defendant, defendant's bail conditions are hereby modified to include the following: Pretrial Services strict supervision; defendant is to refrain from operating any motor vehicle while under the influence; defendant is to refrain from consuming alcohol; and defendant is to attend all necessary treatment services as recommended by treatment program. Defendant's travel restrictions are extended to the Eastern District of Tennessee for court purposes.

SO ORDERED.

Dated: October 7, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge