UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ANDRE GOMES,

            Defendant.

ORDER

21 Cr. 313 (JPO)

---

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge James L. Cott on December 14, 2022;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
        December 21, 2022

_____
J. PAUL OETKEN
United States District Judge